AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FEB 15 2011

GREGORY C. LANGHAM
CLERK

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

Up to $129,850.00 held in the name of Crazed Corn Field Maze LLC at Vectra Bank NA Account # 4038005239

Case No. 11-MC-0011-KMT

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Colorado___ is subject to forfeiture to the United States of America under ___31___ U.S.C. § ___5317___ *(describe the property)*:

Up to $129,850.00 held in the name of Crazed Corn Field Maze LLC at Vectra Bank NA Account # 4038005239

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

*Applicant's signature*

Matthew Garth, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/15/11

City and state: Denver, Co

*Judge's signature*

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Affidavit in Support of Application for Seizure Warrant

I, Matthew Garth, after being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with Internal Revenue Service Criminal Investigation ("IRS-CI") since March 2005. My duties and responsibilities include the investigation of possible criminal violations of the Internal Revenue Code (Title 26 United States Code) and related offenses. I received a Bachelor's of Science in Business Administration with a major in both Accounting and Finance and a Master of Accountancy with a concentration in tax from the University of Tennessee in Knoxville. I am also a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE) and attended six months of training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At FLETC, I studied criminal law, financial crimes, tax law, and enforcement operations. Over the past five years, I have conducted or assisted in the investigation of numerous suspected violations of financial fraud, criminal tax fraud, and currency and/or money laundering statutes (Titles 18, 26, and 31, United States Code). I have also participated in the execution of search warrants for financial records as part of these investigations.

2. This affidavit supports an application for a seizure warrant for all monies and other things of value up to $129,850.00 contained in subject account number 4038005239, in the name of Crazed Corn Field Maze LLC at Vectra Bank NA ("Vectra"). Probable cause exists to believe that such monies are subject to seizure and forfeiture to the United States pursuant to Title 31 U.S.C. § 5317 and Title 18 U.S.C. § 984, on the grounds that they constitute property involved in, or traceable to, or identical to deposits structured to avoid currency reporting requirements, in violation of Title 31 U.S.C. § 5324(a).

Currency Transaction Reports and Structuring

3. Title 31 U.S.C. § 5313 and 31 C.F.R. Part 103 of the Bank Secrecy Act ("BSA") require any financial institution that engages with a customer in a currency transaction (i.e. a deposit or withdrawal) in excess of $10,000.00 to report that transaction to the Internal Revenue Service on Form 104, Currency Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are conducted by, or on behalf of, the same person, and they result in either currency received or disbursed by the financial institution totaling more than $10,000.00 during any one business day.

1

4. CTRs are often used by law enforcement to uncover a wide variety of illegal activities including tax evasion and money laundering. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to cause financial institutions to fail to file CTRs. The active steps are referred to as "structuring" or "smurfing" and involve making multiple cash deposits, in amounts less than $10,000.00, to multiple banks and/or branches of the same bank on the same day or consecutive days or within a few days of each other. Structuring is prohibited by Title 31 U.S.C. §5324(a)(3).

5. Based on my training and experience, I know that individuals who acquire cash in the course of their trade, business, or personal ventures, routinely make significant deposits that do not consist of round numbers, such as exactly $8,000.00, $9,500.00, $9,700.00, or $9,900.00. Instead, individuals who routinely acquire cash in their legal trade, business, and personal ventures generally deposit different amounts of money that are not "even" amounts, such as $2,455.31, $6,341.82, or $7,131.19.

6. Based on my training and experience, I also know that when individuals make multiple cash deposits of amounts such as $8,000.00, $9,000.00, $9,700.00, $9,800.00, or $9,900.00 over a short period of time, they often are breaking a larger amount of money into separate deposits of amounts of less than $10,000.00 to avoid triggering the filing of a CTR. When they do this, they are engaging in structuring. Based on the facts of this case, in light of my training and experience, I believe that authorized signors Gina Palombo and Mark Villano did not deposit all the cash they had into the Crazed Corn Field Maze bank account when they actually acquired the cash. Rather, it appears that Gina Palombo and Mark Villano acquired lump sums of cash, and then structured it into the subject accounts in amounts of $10,000.00 or less so that it would not trigger the filing of a CTR.

7. According to the Secretary of State filing, Mark Villano is the registered agent, and Mark Villano and Gina Palombo are the managers for Crazed Corn Field Maze which operates a haunted house and corn maze in the Denver, Colorado area. Crazed Corn was registered with the Secretary of State on June 8, 2004, and is currently in good standing.

### Current Crazed Corn Field Maze LLC Bank Account

8. On August 18, 2004, Villano and Palombo opened subject checking account number 4038005239 at Vectra Bank in the name of Crazed Corn Field Maze LLC. From the time of opening, the cash deposits into Crazed Corn Field Maze LLC's bank account at Vectra Bank have been near but not over the $10,000.00 cash threshold. Between August

2004 and November 2010, there were 48 cash deposits totaling $433,886 believed to be structured into Vectra Bank account number 4038005239.

9.      In addition to their account at Vectra Bank, Villano and Palombo also set up account number 6867855981 at TCF Bank on September 19, 2005, under the name Crazed Corn Maze LLC.  Between September 2005 and November 2010, there were 19 cash transactions totaling $165,820 believed to be structured into TCF Bank account number 6867855981. On January 6, 2011, TCF closed account number 6867855981 in the name of Crazed Corn Maze LLC.

10.     On October 16, 2006, there was one Currency Transaction Report (CTR) filed by Vectra Bank on behalf of Crazed Corn Field Maze.  The CTR filed was noted as a "multiple transaction" CTR.  A "multiple transaction" CTR usually means that more than one cash deposit had been made into the same account during the bank's business day, which when aggregated exceeded the $10,000.00 threshold.  These are usually identified through the bank's computer software at the end of the day and the customer is unaware that a CTR has been filed.  Because these CTRs are filed by computer software, the identity of the individual or individuals who made the deposit(s) is unknown.  Making multiple deposits in one day into the same account where each deposit is under $10,000.00 but the total daily deposit is over $10,000.00 is often an attempt by the subject to cause the bank to avoid filing a CTR

11.     According to bank personnel at TCF Bank, Palombo made the majority of the cash deposits but when business was particularly busy, she would send Darren Dinkel, Palombo's fiancé, or another employee to make the deposit for her.  Personnel at Vectra Bank stated that Palombo made the majority of the deposits but also mentioned that Villano occasionally made deposits as well.

12.     On October 20, 2010, Dinkel entered TCF bank branch 1403 located at 4151 East 136th Avenue in Thornton, CO at 3:01 PM and made a cash deposit of $9,500.  TCF Bank ends their business day at 3:00 PM so all deposits made after 3:00PM post on the next business day.  Because the transaction had been started before 3:00 PM the teller did not have time to change her station over to the next business day, so the deposit made at 3:01 posted on October 20, 2010.  When Dinkel saw the date on the deposit slip he asked why the deposit did not post on October 21 and started to make a scene in the bank branch. He called Palombo on his personal cell phone and handed the phone to the bank manager. Palombo explained to the manager that it was very important for business record purposes

3

for the deposit that Dinkel just made to post on October 21, 2010. She was adamant that because the deposit was made after 3:00 PM on October 20, 2010, it should not post until October 21, 2010, and told the manager that this should not be a problem because several other banks that she uses have done this for her in the past. The manager agreed to change the deposit so that it would not post until October 21, 2010. On the evening of October 19, 2010, Palombo had made a cash deposit in the amount of $9,500. That deposit posted on October 20, 2010. If that deposit had combined with the additional deposit Dinkel actually made on October 20, 2010, a CTR would have been generated and filed by the bank. There were no cash deposits made at TCF Bank on October 21, 2010.

13.     Based upon the foregoing information, it appears that Palombo and Villano have consistently structured currency deposits into the Vectra Bank and TCF bank account for Crazed Corn Maze LLC since April 2005 and October 2008 respectively.

## Conclusion

14.     As demonstrated by "Exhibit 1", attached to this affidavit, the pattern of deposits for Crazed Corn Maze LLC has been to make two cash deposits on the same day at different financial institutions or on consecutive days or within a few days of each other at one or more financial institutions. This gives the appearance that more than $10,000.01 in cash was available to deposit and was held back or conducted into separate accounts in order to avoid the CTR reporting requirements. As such, these transactions constitute structuring. A complete list of structured transactions is attached as Exhibit "1".

15.     In total, during the month of October for the years 2008, 2009, and 2010, Crazed Corn Maze LLC, through Palombo and Villano, structured $129,850.00, in total, into subject bank account number 4038005239 at Vectra Bank. Your affiant is aware that the balance for Vectra Bank account number 4038005239 as of February 7, 2011, is approximately $17,500.

16.     Title 31, United States Code, Section 5317(c)(2) provides for the civil forfeiture of any property involved in a structuring violation of Title 31, United States Code, Section 5324 in accordance with the procedures governing civil forfeitures pursuant to Title 18, United States Code, Section 981(b).

17.     Further, 18 U.S.C. § 984 provides that the government need not identify the specific property involved in an offense that is the basis for the forfeiture if the property involved is funds deposited into a financial account when the forfeitable funds were placed into that account within the prior year.

18. In light of the above, there is probable cause to believe that all monies and other things of value contained in subject account number 4038005239 at Vectra Bank up to $129,850.00 constitute property involved in or traceable to violations of Title 31 U.S.C. § 5324 and, as such, are subject to seizure and forfeiture pursuant to Title 31 U.S.C. § 5317 and Title 18 U.S.C. § 984.

19. Therefore, I request the issuance of seizure warrants based on the forfeiture provisions of Title 31 U.S.C. § 5317 and Title 18, United States Code, Section 984, pursuant to Title 18, United States Code, Section 981(b).

FURTHER THIS AFFIANT SAYETH NOT.

Matthew Garth
Special Agent, IRS-CI

Subscribed and sworn before me this  15  day of February, 2011.

UNITED STATES MAGISTRATE JUDGE

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

5

Exhibit 1

| Date | Acct Number | Time | Teller | Branch | Vectra | TCF | Structured Amount |
|---|---|---|---|---|---|---|---|
| Monday, October 20, 2008 | 4038005239 | 15:28 | 6 | 1403 | 9,500.00 | | 19,000.00 |
| Monday, October 20, 2008 | 6867855981 | | | 15 | | 9,500.00 | |
| Tuesday, October 21, 2008 | 4038005239 | 14:37 | 8 | 1403 | 9,500.00 | | 19,170.00 |
| Tuesday, October 21, 2008 | 6867855981 | | | 15 | | 9,670.00 | |
| Wednesday, October 29, 2008 | 4038005239 | 15:48 | 6 | 1403 | 9,500.00 | | 18,900.00 |
| Wednesday, October 29, 2008 | 6867855981 | | | 15 | | 9,400.00 | |
| Thursday, October 30, 2008 | 4038005239 | 11:57 | 6 | 1403 | 8,350.00 | | 17,850.00 |
| Thursday, October 30, 2008 | 6867855981 | | | 15 | | 9,500.00 | |
| Monday, October 19, 2009 | 4038005239 | 12:32 | 11 | 1403 | 9,500.00 | | 19,000.00 |
| Monday, October 19, 2009 | 6867855981 | 12:02:19 | 15 | 15 | | 9,500.00 | |
| Wednesday, October 21, 2009 | 4038005239 | 12:32 | 5 | 1407 | 9,000.00 | | 18,000.00 |
| Wednesday, October 21, 2009 | 6867855981 | 15:35:11 | 15 | 15 | | 9,000.00 | |
| Thursday, October 22, 2009 | 4038005239 | 13:52 | 11 | 1403 | 9,000.00 | | 18,000.00 |
| Thursday, October 22, 2009 | 6867855981 | 13:35:21 | 15 | 15 | | 9,000.00 | |
| Monday, October 26, 2009 | 4038005239 | 15:28 | 11 | 1403 | 9,500.00 | | 19,000.00 |
| Monday, October 26, 2009 | 6867855981 | 15:47:53 | 15 | 15 | | 9,500.00 | |
| Tuesday, October 05, 2010 | 4038005239 | 16:19 | 11 | 1403 | 8,500.00 | | 17,500.00 |
| Tuesday, October 05, 2010 | 6867855981 | 16:44:12 | 11823 | 15 | | 9,000.00 | |
| Wednesday, October 13, 2010 | 4038005239 | 10:30 | 10 | 1403 | 9,500.00 | | 19,000.00 |
| Wednesday, October 13, 2010 | 6867855981 | 9:29:28 | 19953 | 15 | | 9,500.00 | |
| Tuesday, October 19, 2010 | 4038005239 | 16:40 | 8 | 1403 | 9,500.00 | | 19,000.00 |
| Tuesday, October 19, 2010 | 6867855981 | 16:59:37 | 27022 | 15 | | 9,500.00 | |
| Wednesday, October 20, 2010 | 4038005239 | 14:44 | 11 | 1403 | 9,500.00 | | 19,000.00 |
| Wednesday, October 20, 2010 | 6867855981 | 15:01:24 | 14305 | 15 | | 9,500.00 | |
| Tuesday, October 26, 2010 | 4038005239 | 15:02 | 4 | 1403 | 9,500.00 | | 19,000.00 |
| Tuesday, October 26, 2010 | 6867855981 | 14:45:16 | 27022 | 15 | | 9,500.00 | |
| Wednesday, October 27, 2010 | 4038005239 | 11:34 | 4 | 1403 | 9,500.00 | | 19,000.00 |
| Wednesday, October 27, 2010 | 6867855981 | 17:05:07 | 14305 | 15 | | 9,500.00 | |
| Total | | | | | 129,850.00 | 131,570.00 | 261,420.00 |
| Balance | | | | | 17,500.00 | - | |

TCF Branch 15 - 2185 EAST 120TH AVE, NORTHGLENN, CO 80233
Vectra Branch 1403 - 4151 EAST 136TH AVENUE THORNTON, COLORADO 80602
Vectra Branch 1407 - 1955 West 120th Avenue Westminster, CO 80234

Vectra - Opened 08-18-04
TCF - Opened 09-19-05

Crazed Corn Maze LLC