AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Up to $129,850.00 held in the name of Crazed Corn Field Maze LLC at Vectra Bank NA<br>Account # 4038005239 | ) ) ) ) ) Case No. 11-MC-0011 |

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Colorado____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
Up to $129,850.00 held in the name of Crazed Corn Field Maze LLC at Vectra Bank NA
Account # 4038005239

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ~~Feb~~ Mar. 1, 2011
(Not to exceed ~~10~~ 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge __Kristen L. Mix__.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __2/15/11__

City and state: __Denver CO__

_____
Judge's signature

_Printed name and title_
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

AO 109 (Rev. 01/09)  Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 11-mc-0011 | Date and time warrant executed: 2/15/11  9:30 Am | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Special Agent Matthew Garth | | |
| Inventory of the property taken: Check Number 800449 from Vectra Bank in the amount of $17,214.04. | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 3/14/11

_Executing officer's signature_

Matthew Garth, Special Agent
_Printed name and title_

3/14/11

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 MAR 14 AM 9:42
GREGORY C. LANGHAM
CLERK
BY_____ DEP. CLK